UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD BOONE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:05-CV-840 RWS |
| LINDA MEADE, et al., | ) ) ) |
| Defendants. | ) |

## ORDER FOR VOLUNTARY DISMISSAL

This matter is before the Court upon plaintiff's "motion to dismiss without prejudice." Plaintiff requests that the Court voluntarily dismiss this matter. The Court will construe plaintiff' s motion to voluntarily dismiss his complaint as arising under Federal Rule of Civil Procedure 41(a). Because no answer or motion for summary judgment has been served by the adverse party, the Court will grant plaintiff's motion, allowing him to dismiss this action.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion to voluntarily dismiss this action [Doc. #5] is **GRANTED**. See Fed. R. Civ. P. 41(a).

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #1] is **DENIED** as moot.

Dated this 18th day of July, 2005.

UNITED STATES DISTRICT JUDGE